# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**LUTHER LEWIS**  **PLAINTIFF**
**ADC #156922**

VS.  **4:21-CV-00015-BRW**

**MIKE FUENTES,** *et al*.  **DEFENDANTS**

## ORDER

Plaintiff Luther Lewis ("Plaintiff"), currently in custody in the Tucker Unit of the Arkansas Division of Corrections, filed this case *pro se* under 42 U.S.C. § 1983.[1]  I must screen prisoner complaints that seek relief against a government entity, officer, or employee.[2]  I will dismiss any part of a complaint raising claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek money from a defendant who is immune from paying damages.[3]

For screening purposes, Plaintiff has stated unlawful arrest claims against Defendants Fitzhugh and Fuentes, and excessive force claims against Defendants Fitzhugh and Evans.  The Clerk is directed to prepare summons for Defendants Fitzhugh, Fuentes, and Evans. The United States Marshal shall serve a copy of the Complaint (Doc. No. 2), Summons, and this Order on each of them without prepayment of fees and costs or security therefore.  Service should be attempted through the Conway Police Department, 1105 Prairie Street, Conway, Arkansas 72032.

---

[1] Doc. No. 2.

[2] 28 U.S.C. § 1915A; 28 U.S.C. § 1915; *Lewis v. Estes*, 242 F.3d 375 (8th Cir. 2000) (per curiam) (§ 1915A's screening requirement applies regardless of fee status).

[3] 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e).

Plaintiff claims Defendant Culliford fastened the seatbelt around Plaintiff when Plaintiff was in the backseat of a patrol car.[4]  These allegations do not rise to the level of a constitutional violation.  Plaintiff's claims against Defendant Culliford are dismissed without prejudice, and Defendant Culliford is dismissed as a Defendant from this lawsuit.

IT IS SO ORDERED this 2nd day of February, 2021.

Billy Roy Wilson_____    ___
UNITED STATES DISTRICT JUDGE

---

[4] Doc. No. 2 at 4.