IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LUTHER LEWIS**                                                                                                    **PLAINTIFF**
**ADC #156922**

VS.                                                         **4:21-CV-00015-BRW**

**MIKE FUENTES,** *et al***.**                                                                            **DEFENDANTS**

## ORDER

Plaintiff Luther Lewis ("Plaintiff"), currently in custody in the Tucker Unit of the Arkansas Division of Corrections, filed this case *pro se* under 42 U.S.C. § 1983.[1] He has now filed a Motion to Stay (Doc. No. 5-1) and a Motion to Amend Complaint (Doc. No. 7). Plaintiff's Motion to Stay (Doc. No. 5-1) is DENIED as moot. His Motion to Amend (Doc. No. 7) is GRANTED.

Plaintiff first asked that the Court stay his case pending the resolution of criminal charges pending against him.[2] Plaintiff then asked that I disregard his request for a stay, and allow him to dismiss his claim for unlawful arrest and proceed only with his claim of excessive force.[3] Plaintiff's request that I disregard his request for a stay moots his Motion to Stay. Accordingly, Plaintiff's Motion to Stay (Doc. No. 5) is denied as moot. Plaintiff's request to dismiss his unlawful arrest claims (Doc. No. 7) is granted, and those claims are dismissed. Plaintiff may proceed the unlawful arrest claims set out in his Complaint.[4]

IT IS SO ORDERED this 22nd day of February, 2021.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 2.

[2] Doc. No. 5-1.

[3] Doc. No. 7.

[4] Doc. No. 1.